MARTIN J. KELLY, Appellant, v. BRIDIE KELLY, Respondent.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

EDWIN R. LAVIN, Respondent, v. RUSSELL C. LAVIN et al., Appellants.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur. [179 Misc. 1000.]